Kirsten A. Worley, Bar No. 222513
Email: kw@wlawcorp.com
Worley Law, P.C.
1572 Second Ave.
San Diego, CA  92101
Telephone:  619-550-1004
Facsimile:   619-550-1051

Attorneys for Plaintiff
BEAL BANK, S.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | |
|---|---|
| BEAL BANK, S.S.B., a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>ACCU CHEM CONVERSION, INC., a California corporation; ACCU CHEM LEASING DIVISION, LLC, a California limited liability company; CRAIG G. ROBITAILLE, an individual; MICHELE A. ROBITAILLE, an individual; MICHAEL J. OLIVA, an individual; MARGARET A. OLIVA, an individual,<br><br>Defendants. | Case No. 8:15-cv-00901-AG-JCG<br><br>**SECOND AMENDED COMPLAINT FOR BREACH OF, AND ENFORCEMENT OF PROMISSORY NOTE AND GUARANTY**<br><br>[Amended Only To Substitute Beal Bank, S.S.B. for Beal Bank U.S.A As Real Party In Interest Pursuant to Fed. R. Civ. P. 17(a)(3) & To Drop Dismissed Parties and Claims] |

COMES NOW, Plaintiff BEAL BANK, S.S.B. ("Plaintiff") hereby alleges and complains against the Defendants as follows:

**JURISDICTION AND VENUE**

1.   This Court has diversity jurisdiction over this civil action.  These proceedings are instituted pursuant to the provisions of 28 U.S.C. § 1332 in that this action is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of fees, costs and interest, seventy-five thousand dollars ($75,000.00).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in that the Defendants reside and are domiciled in this judicial district, and their principal places of business are located in this judicial district.

## PARTIES

3. Plaintiff is, and at all relevant times herein was, a corporation duly organized and existing under the law of the State of Texas, with its principal place of business in Plano, Texas.

4. Upon information and belief, ACCU CHEM CONVERSTION, INC. ("Borrower") is, and at all times herein mentioned was, a corporation organized in California with its principal place of business in Orange County, California

5. Upon information and belief, ACCU CHEM LEASING DIVISION, LLC is a suspended limited liability company, but prior to suspension, and at all times herein mentioned was, a limited liability company organized in California with its principal place of business in Orange County, California. The members of ACCU CHEM LEASING DIVISION, LLC are and/or were Defendants CRAIG G. ROBITAILLE and MICHAEL J. OLIVA, both of which reside in and/or are domiciled in Orange County, California. Therefore 100% of the members of ACCU CHEM LEASING DIVISION, LLC are residents of Orange County, California.

6. Upon information and belief, Defendant CRAIG G. ROBITAILLE is, and at all times herein mentioned was, a natural person who resides in and is domiciled in Orange County, California.

7. Upon information and belief, MICHELE A. ROBITAILLE is, and at all times herein mentioned was, a natural person who resides in and is domiciled in Orange County, California.

8. Upon information and belief, Defendant MICHAEL J. OLIVA is, and at all times herein mentioned was, a natural person who resides in and is domiciled in Orange County, California.

9. Upon information and belief, MARGARET A. OLIVA is, and at all times herein mentioned was, a natural person who resides in and is domiciled in Orange County, California.

## GENERAL ALLEGATIONS

10. On or about March 24, 2008, Silver State Bank, as lender, made a loan to the Borrower in the original principal amount of $230,000 (the "Loan"). The Loan was evidenced by the Note entered into by the Borrower, a copy of which is attached hereto as **Exhibit A**.

11. ACCU CHEM LEASING DIVISION, LLC, CRAIG G. ROBITAILLE, MICHELE A. ROBITAILLE, MICHAEL J. OLIVA, and MARGARET A. OLIVA (collectively "Guarantors") entered into written Unconditional Guarantee agreements, collectively attached hereto as **Exhibit B** (the "Guarantees"), whereby they each agreed to unconditionally guaranty payment to the lender of all sums due under the Note.

12. The Note, Deed of Trust, Guaranty, and all documents, instruments and agreements relating to the Loan, as amended and/or supplemented, are collectively referred to herein as the "Loan Documents."

13. The Federal Deposit Insurance Corporation, as receiver for Silver State Bank assigned all right, title and beneficial interest in and to the Note, the Guarantees, and Loan Documents, to Plaintiff.

14. The Borrower has failed to make timely payments under the Note.

15. Pursuant to the express terms of the Guarantees, the Guarantors unconditionally guaranteed the Borrower's indebtedness due and owing under the Note, including, without limitation, all principal, interest, fees, costs and expense.

16. To date, the Defendants have failed to pay all indebtedness due and owing under the Note and Guarantees.

17. All terms and conditions, if any, precedent to enforcement of the Note and Guarantees have been met or otherwise waived by the terms of the Loan

Documents and operation of law.

18. After application of all applicable credits, there is owing and due under the Note and Guarantees the total amount of $222,517.25 from May 18, 2015, as well as additional interest from that date. Additionally, Plaintiff has incurred attorneys' fees and costs, for which the Defendants are liable under the terms of the Note and Guarantee. These amounts are calculated as follows:

| | |
|---|---|
| Principal | $147,113.05 |
| Interest | $66,244.69 (interest thru 5/18/15) |
| Daily Interest Accrual | $22.1677199 |
| Late Charges | $8,795.36 |
| Legal Fees | $268.15 |
| Collection Costs | $95.00 |

### FIRST CAUSE OF ACTION
### FOR BREACH OF AND ENFORCEMENT OF NOTE
### AGAINST THE BORROWER

[This cause of action is intentionally deleted, as it was dismissed by the Court's Order Granting Stipulation to Dismiss Defendants ACCU CHEM CONVERSION, INC., and ACCU CHEM LEASING DIVISION, LLC, dated March 9, 2016.]

### SECOND CAUSE OF ACTION
### FOR BREACH OF AND ENFORCEMENT OF GUARANTEE
### AGAINST GUARANTOR ACCU CHEM LEASING DIVISION, LLC

[This cause of action is intentionally deleted, as it was dismissed by Court's Order Granting Stipulation to Dismiss Defendants ACCU CHEM CONVERSION, INC., and ACCU CHEM LEASING DIVISION, LLC, dated March 9, 2016.]

\\\
\\\
\\\
\\\

SECOND AMENDED COMPLAINT

# THIRD CAUSE OF ACTION

# FOR BREACH OF AND ENFORCEMENT OF GUARANTEE

# AGAINST GUARANTOR CRAIG G. ROBITAILLE

19. Plaintiff incorporates by reference paragraphs 1 through 18 herein above as though they were set forth herein in full.

20. The Guarantor CRAIG G. ROBITAILLE executed a written Guarantee attached hereto as **Exhibit B** in favor of Silver State Bank, by which the Guarantor unconditionally guaranteed the payment to the lender of all sums due under the Note.

21. Plaintiff is the assignee of the Guarantee.

22. The Guarantee in default based upon the Guarantor's failure to pay all sums due under the Note and Guarantee.

23. Plaintiff has made demand for payment in full under the Guarantee.

24. The Guarantor has failed to make all payments due under the Note and Guarantee despite demand.

25. All terms and conditions, if any, precedent to enforcement of the Note and Guarantees have been met or otherwise waived by the terms of the Loan Documents and operation of law.

26. After application of all applicable credits, there is owing and due under the Note and Guarantees the total amount of $222,517.25 from May 18, 2015, as well as additional interest from that date. Additionally, Plaintiff has incurred attorneys' fees and costs, for which the Defendants are liable under the terms of the Note and Guarantee. These amounts are calculated as follows:

| | |
|---|---|
| Principal | $147,113.05 |
| Interest | $66,244.69 (interest thru 5/18/15) |
| Daily Interest Accrual | $22.1677199 |
| Late Charges | $8,795.36 |

| | |
|---|---|
| Legal Fees | $268.15 |
| Collection Costs | $95.00 |

27. Pursuant to the terms of the Guarantees, all fees and costs incurred by the Plaintiff with respect to the Note and Guarantees, including to enforce the Note and Guarantees in this lawsuit, are expressly added to the amounts which the Guarantor owes under the Guarantees. Therefore, the Guarantor is and will be liable for all of Plaintiff's attorneys' fees and costs to prosecute this action.

## FOURTH CAUSE OF ACTION
## FOR BREACH OF AND ENFORCEMENT OF GUARANTEE
## AGAINST GUARANTOR MICHELE A. ROBITAILLE

[This cause of action is intentionally deleted, as it was dismissed by Court's Order Granting Stipulation to Dismiss Defendant MICHELE A. ROBITAILLE, dated April 20, 2016.]

## FIFTH CAUSE OF ACTION
## FOR BREACH OF AND ENFORCEMENT OF GUARANTEE
## AGAINST GUARANTOR MICHAEL J. OLIVA

28. Plaintiff incorporates by reference paragraphs 1 through 27 herein above as though they were set forth herein in full.

29. The Guarantor MICHAEL J. OLIVA executed a written Guarantee attached hereto as **Exhibit B** in favor of Silver State Bank, by which the Guarantor unconditionally guaranteed the payment to the lender of all sums due under the Note.

30. Plaintiff is the assignee of the Guarantee.

31. The Guarantee in default based upon the Guarantor's failure to pay all sums due under the Note and Guarantee.

32. Plaintiff has made demand for payment in full under the Guarantee.

33. The Guarantor has failed to make all payments due under the Note and

Guarantee despite demand.

34. All terms and conditions, if any, precedent to enforcement of the Note and Guarantees have been met or otherwise waived by the terms of the Loan Documents and operation of law.

35. After application of all applicable credits, there is owing and due under the Note and Guarantees the total amount of $222,517.25 from May 18, 2015, as well as additional interest from that date. Additionally, Plaintiff has incurred attorneys' fees and costs, for which the Defendants are liable under the terms of the Note and Guarantee. These amounts are calculated as follows:

| | |
|---|---|
| Principal | $147,113.05 |
| Interest | $66,244.69 (interest thru 5/18/15) |
| Daily Interest Accrual | $22.1677199 |
| Late Charges | $8,795.36 |
| Legal Fees | $268.15 |
| Collection Costs | $95.00 |

36. Pursuant to the terms of the Guarantees, all fees and costs incurred by the Plaintiff with respect to the Note and Guarantees, including to enforce the Note and Guarantees in this lawsuit, are expressly added to the amounts which the Guarantor owes under the Guarantees. Therefore, the Guarantor is and will be liable for all of Plaintiff's attorneys' fees and costs to prosecute this action.

## SIXTH CAUSE OF ACTION
## FOR BREACH OF AND ENFORCEMENT OF GUARANTEE
## AGAINST GUARANTOR MARGARET A. OLIVA

[This cause of action is intentionally deleted, as it was dismissed by Court's Order Granting Stipulation to Dismiss Defendant MARGARET A. OLIVA, dated April 18, 2016.]

\\\

\\\

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows on all causes of action:

A. For damages in the amount of all sums due under the Note and Guaranty, including all unpaid principal, interest, late fees, fees, costs and expenses, in a sum exceeding $222,517.25 from May 18, 2015, as well as additional interest from that date. Additionally, Plaintiff has incurred attorneys' fees and costs, for which the Defendants are liable under the terms of the Note and Guarantee. These amounts are calculated as follows:

| | |
|---|---|
| Principal | $147,113.05 |
| Interest | $66,244.69 (interest thru 5/18/15) |
| Daily Interest Accrual | $22.1677199 |
| Late Charges | $8,795.36 |
| Legal Fees | $268.15 |
| Collection Costs | $95.00 |

B. For attorneys' fees;

C. For costs of suit incurred herein; and

D. For such other and further relief as the Court may deem just and proper.

Dated: August 24, 2016         WORLEY LAW, P.C.


By: /s/ Kirsten A. Worley
Kirsten A. Worley
Attorney for Plaintiff
BEAL BANK S.S.B.