Kirsten A. Worley, Bar No. 222513
Email: kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA  92101
Telephone:  619-550-1004
Facsimile:   619-550-1051

Attorneys for Plaintiff
BEAL BANK S.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | |
|---|---|
| BEAL BANK S.S.B., a Texas state savings bank,<br><br>                Plaintiff,<br><br>v.<br><br>ACCU CHEM CONVERSION, INC., a California corporation; ACCU CHEM LEASING DIVISION, LLC, a California limited liability company; CRAIG G. ROBITAILLE, an individual; MICHELE A. ROBITAILLE, an individual; MICHAEL J. OLIVA, an individual; MARGARET A. OLIVA, an individual,<br><br>                Defendants. | Case No. 8:15-cv-00901-AG-JCG<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff BEAL BANK S.S.B. ("Plaintiff") and Defendants CRAIG G. ROBITAILLE, an individual, and MICHAEL J. OLIVA, an individual, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All previously named defendants to this action have already been dismissed.

Dated: 9/19, 2017

WORLEY LAW, P.C.

By: _____
Kirsten A. Worley
Attorney for Plaintiff
BEAL BANK S.S.B.

Dated: June 7, 2017

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: _____
Joseph R. Dunn
Attorney for Defendant
MICHAEL J. OLIVA

Dated: June 9, 2017

ERIC S. BLUM, ATTORNEY AT LAW

By: _____
Eric S. Blum
Attorney for Defendant
CRAIG G. ROBITAILLE

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1572 Second Avenue, San Diego, California 92101.

I certify that on September 19, 2017, the foregoing STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE was served on the following parties by the method indicated.

| | |
|---|---|
| Joseph R. Dunn<br>Mintz Levin Cohn Ferris Glovsky<br>  and Popeo P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>(858) 314-1500<br>FAX (858) 314-1501<br>jrdunn@mintz.com<br>*Attorneys for Defendant MICHAEL J. OLIVA* | ■ CM/ECF Court System: jrdunn@mintz.com<br>☐ Hand delivery via messenger service<br>☐ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Eric S. Blum<br>P.O. Box 11327<br>Newport Beach, CA 92658<br>(949) 851-3859<br>FAX (949) 502-6243<br>esbesq@earthlink.net<br>*Attorneys for Defendant CRAIG G. ROBITAILLE* | ■ CM/ECF Court System: esbesq@earthlink.net<br>☐ Hand delivery via messenger service<br>☐ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Honorable Andrew J. Guilford<br>411 West Fourth Street, Room 1053<br>Santa Ana, CA 92701-4516 | ☐ Hand delivery to chambers via messenger service<br>■ First Class Mail, postage prepaid thereon |

For all United States Postal service mailings, if any, following ordinary business practices, the envelope was deposited with the United States Postal

-1-

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Service on this date. Listing the judge above constitutes a declaration that delivery |
| 2 | or mailing the chambers copy to the judge will be completed no later than noon the |
| 3 | day after the document is filed in accordance with the Local Rules. |
| 4 |     I declare that I am employed in the office of a member of the bar of this court |
| 5 | at whose direction the service was made. |
| 6 |     I declare under penalty of perjury under the laws of the United States and the |
| 7 | State of California that the foregoing is true and correct. |
| 8 |     Executed on September 19, 2017, at San Diego, California. |
| 9 | |
| 10 | _____ |
| | Jessica Dolan |